**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| In re: Pete McCullough III | ) | |
| | ) | Case No.: 19-80950-CRJ-7 |
| SSN: xxx-xx-3714 | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 7 |
| _____) | ) | |
| Sheila Hale, as Mother and Personal Representative of Shawn Bone, deceased, | ) ) ) ) | |
| Plaintiff, | ) | Adversary Proceeding No.: 20-80128-CRJ |
| | ) | |
| v. | ) | |
| | ) | |
| Pete McCullough III, | ) | |
| | ) | |
| Defendant. | ) | |
| _____) | | |

## ORDER ON MOTION FOR ABSTENTION

This matter came before the Court for hearing upon the Motion filed by Sheila Hale, as Mother and Personal Representative of Shawn Bone, deceased (the "**Decedent Estate**") for Abstention and Stay of This Proceeding to Allow Movant to Liquidate its Claims Against the Debtor in State Court and Return to this Court to Seek Judgment Under Section 523 Based on Findings and/or Jury Verdict(s) of Tries of Fact in the State Court Action, ECF No. 3 (the "**Motion for Abstention**"). After proper notice, a hearing was held on October 14, 2020 with appearances by Jeffrey B. Irby for the Debtor, Pete McCullough III (the "**Debtor**"), and Tazewell T. Shepard IV for the Decedent Estate.

Upon consideration of the pleadings filed, representations from counsel, and statements on the record it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the Decedent Estate's Motion for Abstention is **APPROVED** on a **LIMITED BASIS**. This adversary proceeding is hereby held in abeyance with all pending deadlines stayed until resolution of the underlying state court actions (the "State Court Actions").

Upon resolution of the State Court Actions, the Debtor or the Decedent Estate may file with this Court a request to hold a status conference. Thereafter, this Court will hear and rule on the 11 U.S.C. § 523 claims asserted in this proceeding as appropriate.

Dated this the 19th day of October, 2020.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

<u>Order Prepared By:</u>                       <u>Order Approved By</u>**:**
Tazewell T. Shepard IV               Jeffrey B. Irby
*Attorney for the Decedent Estate*    *Attorney for the Debtor*